# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| THOMAS DEAN DEWOLF, | Civil No. 08-834 (JRT/JSM) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| DAN HILLEREN, | |
| Respondent. | |

___

Thomas Dean DeWolf, #217753, MCF, 1000 Lakeshore Drive, Moose Lake, MN 55767, petitioner *pro se*.

Peter R. Marker and Tibor M Gallo, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 900, St Paul, MN 55101; Stephen N. Betcher, **GOODHUE COUNTY ATTORNEY'S OFFICE**, 454 West Sixth Street, Red Wing, MN 55066, for respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 28, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's application for a writ of habeas corpus, [Docket No. 1], is summarily **DISMISSED WITHOUT PREJUDICE**.

DATED: April 22, 2008
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge
